```
1
2
3
4
5
                    UNITED STATES DISTRICT COURT
6                  WESTERN DISTRICT OF WASHINGTON
                             AT TACOMA
7
   ABEL ROBINSON,                    CASE NO. C17-6066 BHS
8
                   Plaintiff,        ORDER ADOPTING REPORT
9        v.                          AND RECOMMENDATION

10  MIGUEL BALDERRAMA,

11                 Defendant.

12
```

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendant's motion to dismiss is **GRANTED**;

(3) Plaintiff's claims against Defendant Miguel Balderrama are **DISMISSED with prejudice**;

(4) The Clerk shall enter JUDGMENT and close this case; and

(5) Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal.

Dated this 20th day of February, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge